JOSEPH H. DAUPHINAIS *v.* WILLIAM STEVENS ET AL.
(2482)

HULL, BORDEN and DALY, Js.

Argued January 8—decision released March 5, 1985

*Brian P. Borghesi,* for the appellant (plaintiff).

*F. Patrick Zailckas,* for the appellees (defendants).

PER CURIAM. The trial court did not abuse its discretion in permitting the amendment of the answer during the trial, and its factual findings are not clearly erroneous.

There is no error.